## WILLIAM EWING
### v.
## JOHN WHIPPLE

1811

JOURNAL ENTRIES

1. Declaration filed; bail bond cancelled; plea; issue; continuance . . . . . . . . . . *Journal, infra,* *p. 358

PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . . .
3. Declaration . . . . . . . . . . . . . . .